No. 387, Misc.   CANADA *v.* JONES, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 390, Misc.   BROWN   *v.*   CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 393, Misc.   PALMER   *v.*   ARKANSAS.   Supreme Court of Arkansas.   Certiorari denied.

No. 218, Misc.   CURTIS *v.* HIATT, WARDEN.   C. A. 3d Cir.   Humphrey substituted as the party respondent. Certiorari denied.   Petitioner *pro se.*   *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for respondent.

*Rehearing Denied.*

No. 9.   KOVACS *v.* COOPER, JUDGE, *ante,* p. 77.   Rehearing denied.

No. 372.   LEISHMAN *v.* RADIO CONDENSER CO. ET AL., 335 U. S. 891.   Rehearing denied.

No. 460.   CLEARY *v.* CHICAGO TITLE & TRUST CO., *ante,* p. 904.   Rehearing denied.

No. 196, Misc.   ADAMS *v.* HIATT, WARDEN, *ante,* p. 905. Rehearing denied.

No 292, Misc.   HICKMAN, ADMINISTRATOR, *v.* TAYLOR ET AL., *ante,* p. 906.   Rehearing denied.

No. 287, Misc.   VILES *v.* JOHNSON, 335 U. S. 912. Leave to file petition for rehearing denied.